## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CR No: | 13-3525 MCA | | | USA vs.: | Gurule | | | |
| Date: | June 11, 2014 | | | Name of Deft: | Stephen R. Gurule | | | |
| Before the Honorable: | | | Scott W. Skavdahl, Sitting by Designation from the District of Wyoming | | | | | |
| Time In/Out: | 1:37/2:04 | | | Total Time in Court (for JS10): | 27 minutes | | | |
| Clerk: | Natalie Maestas | | | Court Reporter: | FTR - Gila | | | |
| AUSA: | David M. Walsh | | | Defendant's Counsel: | Margaret A. Katze | | | |
| Sentencing in: | Albuquerque | | | Interpreter: | N/A | | | |
| Probation Officer: | Carmen Chavez | | | Sworn? | | Yes | | No |
| Convicted on: | **X** | Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | January 3, 2014 | | | | PSR: | **X** | Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | | |

| **SENTENCE IMPOSED** | | Imprisonment (BOP): 41 months | | | |
|---|---|---|---|---|---|
| Supervised Release: | 3 years | Probation: | | **X** | 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | | ICE not applicable |

### SEPCIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| **X** | Participate in/successfully complete substance abuse program/testing | | Reside halfway house ____ months ____ days |
| | Attend educational/vocational training | | Register as sex offender |
| **X** | Submit to search of person/property | | Participate in sex offender treatment program |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Possess no sexual material |
| **X** | Refrain from use/possession of synthetic cannabinoids | | No contact with children under 18 years |
| **X** | Participate in/successfully complete mental health program | | Restricted from occupation with access to children |
| | No new credit charges | | No loitering within 100 feet of school yards |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | No computer with access to online services |
| **X** | No contact with victim | | Consent to USPO conducting periodic exam of computer |
| | Reside at/complete Residential Reentry Center | | Consent to USPO installing monitoring hardware |
| | OTHER: | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **0.00** | | Restitution: $ | **4,000.00** | |
| SPA: $ | **100.00** | ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |
| Other: | | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | BOP Oxford, Wisconsin or FCI Safford, Arizona, if eligible |
| | Dismissed Counts: | | |

| OTHER COMMENTS: | Govt. notes FBI Special Agent Maurich is present and seated at counsel table; Court confirms counsel has reviewed PSR with Defendant; Govt. recommends sentence of 46 months and oppose downward variance; Ms. Katze alerts Court a number of Defendant's family members are present and seated in the courtroom, requests variance and sentence of 30 months and participate in 500 hour drug treatment program, and placement at a BOP facility in Oxford, Wisconsin; Defendant addresses Court; Court will vary one level.<br><br>Pursuant to 18 U.S.C. A§ 3663A, restitution in the amount of $4,000.00 is owed to The Community Bank, in Santa Fe, New Mexico. The defendant shall make monthly payments of no less than $120 a month. |
|---|---|